**Order entered August 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00823-CV

### THE CITY OF DALLAS, Appellant

### V.

### MARVA GEORGE, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-14-03991-C**

## ORDER

We **GRANT** appellant's August 3, 2015 unopposed motion to abate interlocutory appeal

to finalize settlement, **SUSPEND** all appellate deadlines, and **ABATE** the appeal. The appeal

will be reinstated September 11, 2015 or upon motion to reinstate and dismiss or reinstate and

reset the deadlines, whichever occurs sooner.

/s/      CRAIG STODDART
JUSTICE